PER CURIAM.

(No. 75-CC-325— )

HUNTER WEBB LUMBER Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 12, 1974.*

HUNTER WEBB LUMBER Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.